Christian Contreras, Esq., (SBN 330269)
**LAW OFFICES OF CHRISTIAN CONTRERAS**
**PROFESSIONAL LAW CORPORATION**
360 E. 2nd St., 8th Floor
Los Angeles, California 90012
Tel: (323) 435-8000; Fax: (323) 597-0101
Email: CC@Contreras-Law.com

Sam Harton, *Pro Hac Vice forthcoming*
Romanucci and Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: 312-253-8632 Fax: 312-458-1004
Email: sharton@rblaw.net

Attorneys for Plaintiffs, ANTHONY WRIGHT, *et al.*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WRIGHT, individually; NICOYA WRIGHT, individually; L.W., H.W., and A.G., individually by and through their Guardian Ad Litem NICOYA WRIGHT;<br><br>Plaintiffs,<br><br>v.<br><br>SAN BERNARDINO COUNTY SHERIFF's DEPARTMENT, a public entity; SAN BERNARDINO COUNTY, a public entity; SHANNON DICUS, individually; JAMES WILLIAMS, individually; and DOES 1-10, individually,<br><br>Defendants. | **CASE NO.: 5:25-cv-917**<br><br>**PLAINTIFF'S NOTICE OF INTERESTED PARTIES** |

1

**PLAINTIFF'S NOTICE OF INTERESTED PARTIES**

**TO THE HONORABLE COURT, DEFENDANTS, AND ALL OTHER INTERESTED PARTIES:**

**COMES NOW** Plaintiff and hereby certifies that the following parties have a direct, pecuniary interest in the outcome case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

The following is a list of names of all such parties known to the undersigned and identified by their connection and interest.

| PARTY | CONNECTION |
|---|---|
| 1. ANTHONY WRIGHT | Plaintiff |
| 2. NICOYA WRIGHT | Plaintiff |
| 3. L.W. | Plaintiff |
| 4. H.W. | Plaintiff |
| 5. A.G. | Plaintiff |
| 6. SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT | Defendant |
| 7. SAN BERNARDINO COUNTY | Defendant |
| 8. SHANNON DICUS | Defendant |
| 9. JAMES WILLIAMS | Defendant |

Dated: April 15, 2025            **LAW OFFICES OF CHRISTIAN CONTRERAS**
                                         **PROFESSIONAL LAW CORPORATION**

                                  By: _____
                                       CHRISTIAN CONTRERAS, ESQ.
                                       Attorneys for Plaintiffs,
                                       ANTHONY WRIGHT *et al.*