# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WRIGHT, individually, and as Guardian ad Litem of L.W., a minor, A.G., a minor, and H.W., a minor; NICOYA WRIGHT, individually; L.W., individually; A.G., individually; H.W., individually,<br><br>Plaintiffs,<br><br>v.<br><br>SAN BERNARDINO COUNTY SHERIFF's DEPARTMENT, a public entity; SAN BERNARDINO COUNTY, a public entity; SHANNON DICUS, individually; JAMES WILLIAMS, individually; and DOES 1-10, individually,<br><br>Defendants. | **CASE NO.: 5:25-cv-00917-SSS-SHK**<br><br>**[PROPOSED] ORDER APPOINTING ANTHONY WRIGHT AS GUARDIAN AD LITEM OF L.W., A.G., H.W.**<br><br>**Action Filed:** April 15, 2025 |

1

**[PROPOSED] ORDER APPOINTING ANTHONY WRIGHT AS GUARDIAN AD LITEM OF L.W., A.G., H.W.**

# [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that ANTHONY WRIGHT is appointed Guardian Ad Litem for the minor Plaintiffs, L.W., A.G., H.W. for all purposes in the above-entitled matter.

**IT IS SO ORDERED.**

DATED: May ___, 2025                              _____