CHRISTIAN CONTRERAS, ESQ. (SBN 330269)
Law Offices of Christian Contreras, PLC
360 E. 2nd Street, 8th Fl., Los Angeles, CA 90012
T: 323-435-8000 F: 323-597-0101
E-mail: Cc@Contreras-law.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Anthony Wright et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:25-cv-917-SSS-SHK |
| v. | |
| San Bernardino County Sheriff's Department et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Harton, Samntha, A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

312-253-1000        213-253-1004
*Telephone Number*    *Fax Number*

harton@rblaw.net
*E-Mail Address*

of

Romanucci and Blandin, LLC
321 N. Clark Street,
Ste 900, Chicago, IL, 60654
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Anthony Wright, Nicoya Wright, L.W., H.W., & A.G.

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Contreras, Christian
*Designee's Name (Last Name, First Name & Middle Initial)*

330269        323-435-8000    323-597-0101
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

Cc@contreras-law.com
*E-Mail Address*

of

Law Offices of Christian Contreras, PLC
360 E. 2nd Street, 8th Fl., Los Angeles, CA 90012
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge