# UNITED STATES DISTRICT COURT

for the
Central District of California

| | |
|---|---|
| ANTHONY WRIGHT, individually; NICOYA WRIGHT, individually; L.W., H.W., and A.G., individually by and through their Guardian Ad Litem NICOYA WRIGHT;<br><br>*Plaintiff*<br><br>v.<br><br>SAN BERNARDINO COUNTY SHERIFF's DEPARTMENT, a public entity; SAN BERNARDINO COUNTY, a public entity; SHANNON DICUS, individually; JAMES WILLIAMS, individually; and DOES 1-10, individually<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:25-cv-917 SSS (SHKx) |

## AFFIDAVIT OF SERVICE

I, Ivan Gonzalez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Shannon Dicus in San Bernardino County, CA on June 16, 2025 at 2:46 pm at 222 West Hospitality Lane, San Bernardino, CA 92408 by personal service by handing the following documents to an individual identified as Shannon Dicus.

Summons In A Civil Action
Complaint For Damages

Additional Description:
Server to Alicia Meza at 385 N Arrowhead

Hispanic or Latino Female, est. age 25-34, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.1062816547,-117.2895953569

Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

　　Riverside County　　　　　　　　　　　,

　　CA　　　on　　6/18/2025　　　　　　.

/s/ *Ivan Gonzalez*

Ivan Gonzalez - +1 (951) 455-8780
Registration No.: PS-002182
Registration County: Riverside County



Exhibit 1b)

Secretary, Wendy Luntz . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 909 387-586?

**CLERK OF THE BOARD OF SUPERVISORS**
385 North Arrowhead Avenue, Second Floor
San Bernardino, CA 92415-0130

Interoffice Mail Code — 0130
Fax 909 387-4554

Receptionist, Jessica Ruiz . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 909 387-38\
Assessment Appeals Hot Line . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 909 387-44]\
Clerk of the Board of Supervisors, Lynna Monell . . . . . . . . . . . . . . . 909 387-38\
Chief Deputy Clerk of the Board, Danette Tealer . . . . . . . . . . . . . . . 909 387-38\
Staff Analyst II, Ryan McBride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 909 387-38\
Executive Secretary III, Stephanie King . . . . . . . . . . . . . . . . . . . . . . . 909 387-38

**Assessment Appeals; Boards, Commissions & Committees; Business Licenses; Form 700s**

000 287-4F