# UNITED STATES DISTRICT COURT

for the
Central District of California

| | |
|---|---|
| **ANTHONY WRIGHT, individually; NICOYA WRIGHT, individually; L.W., H.W., and A.G., individually by and through their Guardian Ad Litem NICOYA WRIGHT;**<br><br>*Plaintiff*<br><br>v.<br><br>**SAN BERNARDINO COUNTY SHERIFF's DEPARTMENT, a public entity; SAN BERNARDINO COUNTY, a public entity; SHANNON DICUS, individually; JAMES WILLIAMS, individually; and DOES 1-10, individually**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:25-cv-917 SSS (SHKx) |

## AFFIDAVIT OF SERVICE

I, Ivan Gonzalez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to San Bernardino County Sheriff's Department in San Bernardino County, CA on June 16, 2025 at 2:40 pm at 222 West Hospitality Lane, San Bernardino, CA 92408 by leaving the following documents with Alicia Meza who as Employee is authorized by appointment or by law to receive service of process for San Bernardino County Sheriff's Department.

Summons In A Civil Action
Complaint For Damages

Additional Description:
Served at the 385 N Arrowhead Address

Hispanic or Latino Female, est. age 25-34, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".

Geolocation of Serve: https://google.com/maps?q=34.1062816547,-117.2895953569

Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Riverside County__, __CA__ on __6/18/2025__.

/s/ *Ivan Gonzalez*

Ivan Gonzalez - +1 (951) 455-8780
Registration No.: PS-002182
Registration County: Riverside County



Exhibit 1a)

Case 5:25-cv-00917-SSS-SHK    Document 18    Filed 06/24/25    Page 4 of 4    Page ID #:103

Exhibit 1b)

Secretary, Wendy Luntz ................................................ 909 387-586[?]

## CLERK OF THE BOARD OF SUPERVISORS

385 North Arrowhead Avenue, Second Floor
San Bernardino, CA 92415-0130

Interoffice Mail Code — 0130
Fax 909 387-4554

Receptionist, Jessica Ruiz ........................................ 909 387-38[?]
Assessment Appeals Hot Line .................................. 909 387-44[?]
Clerk of the Board of Supervisors, Lynna Monell ............ 909 387-38[?]
Chief Deputy Clerk of the Board, Danette Tealer ............ 909 387-38[?]
Staff Analyst II, Ryan McBride ................................. 909 387-38[?]
Executive Secretary III, Stephanie King ...................... 909 387-38[?]

**Assessment Appeals; Boards, Commissions & Committees; Business Licenses; Form 700s**

909 387-4[?]