DANIEL S. ROBERTS, Bar No. 205535
droberts@colehuber.com
COLE HUBER LLP
2855 E. Guasti Road, Suite 402
Ontario, California 91761
Telephone:  (909) 230-4209
Facsimile:   (909) 937-2034

Attorneys for Defendants San Bernardino County Sheriff's Department, San Bernardino County, Shannon Dicus and James Williams

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WRIGHT; NICOYA WRIGHT; L.W., H.W, and A.G., by and through their Guardian Ad Litem NICOYA WRIGHT,<br><br>    Plaintiffs,<br><br>v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; SAN BERNARDINO COUNTY; SHANNON DICUS; JAMES WILLIAMS; and DOES 1 to 100,<br><br>    Defendants. | Case No. 5:25-cv-00917-SSS (SHKx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Judge:  Hon. Sunshine S. Sykes |

4931-6828-2707.1

Pursuant to Local Rule 8-3, Plaintiffs Anthony Wright, Nicoya Wright, L.W., H.W, and A.G. ("Plaintiffs"), on the one hand and Defendants San Bernardino County Sheriff's Department, San Bernardino County, Shannon Dicus, and James Williams on the other hand ("Defendants"), by and through their respective undersigned counsel of record hereby stipulate to extend the time for the Defendants to respond to the initial Complaint in this matter by 30 days so that the Defendants' response will be due on or before August 6, 2025.

SO STIPULATED.

Dated: July 7, 2025            ROMANUCCI AND BLANDIN, LLC

                                                      By: /s/ Sam A. Harton
                                                     Sam Harton (admitted pro hac vice)
                                                     Attorneys for Plaintiffs

Dated: July 7, 2025            COLE HUBER LLP

                                                       By: /s/ Daniel S. Roberts*
                                                       Daniel S. Roberts
                                                       Attorneys for Defendants San Bernardino County Sheriff's Department, San Bernardino County, Shannon Dicus and James Williams

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4931-6828-2707.1