DANIEL S. ROBERTS, Bar No. 205535
droberts@colehuber.com
COLE HUBER LLP
2855 E. Guasti Road, Suite 402
Ontario, California 91761
Telephone: (909) 230-4209
Facsimile: (909) 937-2034

Attorneys for Defendants San Bernardino County Sheriff's Department, San Bernardino County, Shannon Dicus and James Williams

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WRIGHT; NICOYA WRIGHT; L.W., H.W, and A.G., by and through their Guardian Ad Litem NICOYA WRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; SAN BERNARDINO COUNTY; SHANNON DICUS; JAMES WILLIAMS; and DOES 1 to 100,<br><br>Defendants. | Case No. 5:25-cv-00917-SSS(SHKx)<br><br>**CERTIFICATION OF INTERESTED PARTIES**<br><br>The Hon. Sunshine S Sykes<br><br>Trial Date:   Not yet set |

4918-0249-3018.1

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendants San Bernardino County Sheriff's Department, San Bernardino County, Sheriff Shannon Dicus, and James Williams ("Defendants") certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | INTEREST |
|---|---|
| Anthony Wright | Plaintiff |
| Nicoya Wright | Plaintiff |
| L.W., by and through their guardian ad litem Nicoya Wright | Plaintiff |
| H.W, by and through their guardian ad litem Nicoya Wright | Plaintiff |
| A.G. by and through their guardian ad litem Nicoya Wright | Plaintiff |
| San Bernardino County, including its Sheriff's Department | Defendant |
| Shannon Dicus | Defendant |
| James Williams | Defendant |
| PRISM Public Risk Innovation, Solutions, and Management), a joint powers authority | Excess carrier for Defendant San Bernardino County |

Dated:  August 4, 2025             COLE HUBER LLP

                                   By:      /s/ Daniel S. Roberts
                                        Daniel S. Roberts
                                        Attorneys for Defendants San Bernardino
                                        County Sheriff's Department, San
                                        Bernardino County, Shannon Dicus and
                                        James Williams